UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AVIATION SOFTWARE, INC., | : | Case No. 13-22702 (RDD) |
| | : | |
| Debtor. | : | |
---------------------------------------------------------------x
| | | |
|---|---|---|
| HOWARD P. MAGALIFF, as Trustee of | : | |
| AVIATION SOFTWARE, INC., | : | |
| | : | Adv. Pro. No. 15-08332 (RDD) |
| Plaintiff, | : | |
| | : | |
| – against – | : | WPBC 16,0004 |
| | : | |
| GIUSEPPINA FEINGOLD, | : | |
| | : | |
| Defendant. | : | |
---------------------------------------------------------------x

## ORDER GRANTING DEFAULT JUDGMENT

Upon the motion, dated December 14, 2015 (the "Motion"), of Howard P. Magaliff, the chapter 7 trustee of the debtor herein, Aviation Software, Inc. (the "Trustee"), the plaintiff in the above-captioned Adversary Proceeding, by his attorneys, Rich Michaelson Magaliff Moser, LLP, in support of the entry of a default judgment against Giuseppina Feingold (the "Defendant") pursuant to Federal Rule of Bankruptcy Procedure 7055, made applicable to this Adversary Proceeding by Rule 55 of the Federal Rules of Civil Procedure; and it appearing that the Defendant has failed to answer or otherwise appear in the Adversary Proceeding; and the Clerk of the Court having entered a default against Defendant; and the Defendant being deemed to have consented to the Court's entry of a final judgment herein; and upon a review of the pleadings previously filed herein and sufficient cause appearing therefor, it is hereby

{00013419v1 }

**ORDERED, ADJUDGED AND DECREED**, that good and sufficient notice of the Motion has been given, and no further or other notice of the Motion or a hearing thereon is required; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Defendant is in default for failing to plead or otherwise defend in the Adversary Proceeding; and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment be, and hereby is, entered in favor of the Trustee against Giuseppina Feingold in the amount of $76,466.00, plus interest at the rate fixed pursuant to 28 U.S.C. § 1961, until the date that this judgment is satisfied, together with costs of this action to the Trustee.

Judgment signed on this 13th day of January, 2016

      /s/Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

{00013419v1 }                                           2